MONA C. SOO HOO
Attorney at Law
California Bar No. 108859
One Wilshire Building
624 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90017-3323
Telephone 213.623.5255; Facsimile 213.623.3836
E-address: msoohoo@earthlink.net

Attorney for Defendant VIRGIL PHILLIP DANIELS (25)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-1005-VBF-25 |
| Plaintiff, | [PROPOSED] ORDER RE: DETENTION, AS TO DEFENDANT VIRGIL PHILLIP DANIELS (25) AND REMOVAL OF REQUEST FOR OSC HEARING |
| v. | |
| VIRGIL PHILLIP DANIELS, et. al., | |
| Defendants. | |

   FOR GOOD CAUSE SHOWN, BASED UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED AS FOLLOWS:

   1.  Defendant Virgil Daniels shall be detained pending the sentencing proceedings now set for June 15, 2011 at 3:00 p.m.;

   2. The OSC hearing requested by United States Pretrial Services Brenda Orantes shall be removed from the Court's calendar inasmuch as the parties have stipulated to the detention of Mr. Daniels pending his sentencing.

   IT IS SO ORDERED.

DATED: March 29, 2011

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1