1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
SEP 26 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 09 - 01005-TJH |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| Virgil Phillip Daniels | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Unknown Bail Resources
- Substance Abuse

1

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/26/12

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2