FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>      v.<br><br>Virgil Phillip Daniels<br>                Defendant. | Case No.: 2:09CR1005-TJH<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- PREVIOUS VIOLATIONS OF COURT ORDERS

1

1  and/or

2  B.     ( )     The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c). This finding is based on the following:

6              _____
7              _____
8              _____
9              _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 6/3/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2